UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DALLY PROPERTIES, LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TRUCK INSURANCE EXCHANGE, a foreign corporation; TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a foreign corporation; and LEXINGTON INSURANCE COMPANY, a foreign corporation,<br><br>　　　　　Defendants. | Case No. C05-0254L<br><br>ORDER REGARDING PLAINTIFF'S MOTION TO EXCEED DEPOSITION LIMIT |

　　　　This matter comes before the Court on "Plaintiff's Motion for Leave to Exceed Deposition Limit" (Dkt. # 60). Plaintiff seeks leave pursuant to Rule 30(a)(2)(A) to exceed by three the ten-deposition limit. Fed. R. Civ. P. 30(a)(2)(A). Plaintiff argues that it must depose all five insurance adjusters from the three insurance agencies because their testimony is critical to plaintiff's claims. Defendants respond that plaintiff has not made a particularized showing why all of the additional depositions are necessary, and not simply cumulative and duplicative. Defendants also argue that plaintiff previously failed to accede to considerations of economy in the discovery process, as required by the federal rules, when plaintiff decided to conduct its eight previous depositions. In consideration of these arguments, IT IS HEREBY ORDERED

ORDER REGARDING PLAINTIFF'S
MOTION TO EXCEED DEPOSITION
LIMIT

1  that plaintiff is allowed to exceed the ten-deposition limit by only one, for a total of eleven
2  depositions. This decision will allow plaintiff to depose one adjuster from each insurance
3  company if it so chooses, although plaintiff may employ these three additional depositions
4  however plaintiff chooses.

         DATED this 11th day of October, 2005.


                                                  /s/ Robert S. Lasnik
                                                  Robert S. Lasnik
                                                  United States District Judge

ORDER REGARDING PLAINTIFF'S
MOTION TO EXCEED DEPOSITION
LIMIT

-2-