UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DALLY PROPERTIES, LLC,

                Plaintiff,

    v.

TRUCK INSURANCE EXCHANGE, a foreign corporation; TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA; a foreign corporation; and LEXINGTON INSURANCE COMPANY, a foreign company,

                Defendants.

No. C05-0254L

ORDER TO SHOW CAUSE

        This matter comes before the Court *sua sponte*. On October 7, 2005, defendant Lexington Insurance Co. ("Lexington") filed a memorandum with related documents that, taken as a whole, exceed 50 pages in length (Dkt. # 86). On October 12, 2005, Lexington was contacted by phone to remind it of the chambers rule regarding courtesy copies of overlength documents. As of this date, a courtesy copy of these documents has not been provided for chambers.

        Lexington is hereby ORDERED to show cause why it should not be sanctioned for failure to comply with this Court's "Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement" (Dkt. # 3) and the "Minute Order Setting Trial & Related Dates" (Dkt. # 12). Lexington shall immediately deliver a paper copy of the documents filed on October 7, 2005, with tabs or other organizing aids as necessary and clearly marked with the words

ORDER TO SHOW CAUSE

"Courtesy Copy of Electronic Filing for Chambers," to the Clerk's Office. Lexington shall respond to this order to show cause no later than five days from the date of this Order.

DATED this 18th day of October, 2005.

/s/ Robert S. Lasnik
Robert S. Lasnik
United States District Judge

ORDER TO SHOW CAUSE                    -2-