UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DALLY PROPERTIES, LLC,<br><br>                      Plaintiff,<br><br>         v.<br><br>TRUCK INSURANCE EXCHANGE, a foreign corporation; TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA; a foreign corporation; and LEXINGTON INSURANCE COMPANY, a foreign company,<br><br>                      Defendants. | No. C05-0254L<br><br>ORDER VACATING ORDER TO SHOW CAUSE |

This matter comes before the Court *sua sponte*. On October 7, 2005, defendant Lexington Insurance Co. ("Lexington") filed a memorandum with related documents that, taken as a whole, exceed 50 pages in length (Dkt. # 86). On October 12, 2005, Lexington was contacted by phone to remind it of the chambers rule regarding courtesy copies of overlength documents. Lexington filed a courtesy copy with the clerk of the court on that same day. Due to an administrative failure, this Court did not receive the copy, and subsequently issued an order to show cause as to why sanctions should not be imposed (Dkt. # 95). That order is now VACATED in light of the receipt of the courtesy copy.

DATED this 20th day of October, 2005.

/s/ Robert S. Lasnik
Robert S. Lasnik
United States District Judge

ORDER TO SHOW CAUSE