UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DALLY PROPERTIES, LLC,<br><br>                Plaintiff,<br>      v.<br><br>TRUCK INSURANCE EXCHANGE, a foreign corporation; TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA; a foreign corporation; and LEXINGTON INSURANCE COMPANY, a foreign company,<br><br>                Defendants. | No. C05-0254L<br><br>ORDER VACATING ORDER TO SHOW CAUSE |

This matter comes before the Court *sua sponte*. On October 27, 2005, defendant Lexington Insurance Co. ("Lexington") filed a memorandum with related documents that, taken as a whole, exceed 50 pages in length (Dkt. # 125). On October 31, 2005, this Court issued an order to show cause why Lexington should not be sanction for failing to file a courtesy copy pursuant to this Court's rules (Dkt. # 136). That order is now VACATED in light of the receipt of the courtesy copy.

DATED this 1st day of November, 2005.

                                          Robert S. Lasnik
                                          United States District Judge