UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DALLY PROPERTIES, LLC,

    Plaintiff,

    v.

TRUCK INSURANCE EXCHANGE, a foreign corporation; TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a foreign corporation; and LEXINGTON INSURANCE COMPANY, a foreign corporation,

    Defendants.

Case No. C05-0254L

ORDER ON TRUCK'S MOTION FOR RECONSIDERATION

This matter comes before the Court on defendant's "Motion for Partial Relief from order on Truck's Motions for Summary Judgment" (Dkt. # 155). Truck Insurance Exchange ("Truck") seeks relief under Rule 60 from the Court's order on Truck's motions for summary judgment (Dkt. # 149). Fed. R. Civ. P. 60(b). This rule is inapplicable to orders that are not final judgments within the meaning of Rule 54. Fed. R. Civ. P. 54; see also Burke v. Warren County Sheriff's Dept., 916 F.Supp. 181 (N.D.N.Y. 1996); 12 JAMES WM. MOORE ET AL., MOORE'S

ORDER ON TRUCK'S MOTION FOR
RECONSIDERATION - 1

1 FEDERAL PRACTICE ¶ 60.02 ("By its terms, Rule 60(b) applies to final orders and final
2 proceedings as well as to judgments."). Truck's motion also might be considered a motion for
3 reconsideration pursuant to local rule 7(h). Local Rule CR 7(h). These motions "are
4 disfavored" and the Court "will ordinarily deny such motions in the absence of a showing of
5 manifest error in the prior ruling or a showing of new facts or legal authority which could not
6 have been brought to its attention earlier with reasonable diligence." Id. The Court finds that
7 Truck's motion does not meet this standard. For these reasons, IT IS HEREBY ORDERED that
8 Truck's "Motion for Partial Relief from order on Truck's Motions for Summary Judgment" (Dkt.
9 # 155) is DENIED.

DATED this 10th day of May, 2006.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER ON TRUCK'S MOTION FOR
RECONSIDERATION - 2